SEALED

1

2

3  BENJAMIN B. WAGNER
   United States Attorney
4  KEVIN C. KHASIGIAN
   Assistant United States Attorney
5  501 I Street, Suite 10-100
   Sacramento, CA 95814
6  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900



FILED

NOV 2 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

7

8  Attorneys for Plaintiff
   United States of America

9

10              IN THE UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,            CASE NO.  2:13-SW-00701-DAD

14              Plaintiff,

15         v.                            [PROPOSED] ORDER TO UNSEAL SEARCH
                                         WARRANT AND SEARCH WARRANT
16  2428 GLENFAIRE DRIVE, RANCHO         AFFIDAVIT
    CORDOVA, CALIFORNIA, APN: 058-0206-
17  011.

18

19       The government's request to unseal the Search Warrant and this case is GRANTED.

20

21  Dated:  Nov. 21, 2013

22                                       _____
                                         HON. KENDALL J. NEWMAN
23                                       U.S. Magistrate Judge

24

25

26

27

28